THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent, *v.* EGBURT E. WOODBURY et al., Constituting the State Board of Tax Commissioners, Appellants.

*People ex rel. N. Y. C. & H. R. R. R. Co.* v. *Woodbury,* 167 App. Div. 428, affirmed.

(Submitted April 12, 1916; decided May 2, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered August 26, 1915; which modified and affirmed as modified an order of Special Term in a proceeding to review special franchise tax assessments levied against the relator in the city of Yonkers for the year 1907.

*Egburt E. Woodbury,* Attorney-General (*Charles R. McSparren* of counsel), for appellants.

*George H. Walker* and *Albert H. Harris* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, HOGAN and POUND, JJ. Dissenting: CUDDEBACK and SEABURY, JJ.